IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-853-FDW-DCK

| | |
|---|---|
| TYLER VAN MOPPES, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMAZON.COM SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Trevor Fuller, concerning Scott M. Behren, on January 24, 2024. Scott M. Behren seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Scott M. Behren is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 25, 2024

David C. Keesler
United States Magistrate Judge