IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-853-FDW-DCK

| TYLER VAN MOPPES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| AMAZON.COM SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Jasmine R. Little, concerning Michael A. Chichester, Jr., on January 29, 2024. Michael A. Chichester, Jr. seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Michael A. Chichester, Jr. is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 30, 2024

David C. Keesler
United States Magistrate Judge